UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
ATTORNEY(S) BORRELLI & ASSOCIATES          PH: 516-248-5550
1010 NORTHERN BLVD. STE 328 GREAT NECK, NY 11021 |

Index Number: 17-cV-7330 (NSR)
Date Filed: 10/3/2017
Court/Return Date:

Gerson Venites obo himself individually and obo all others similarly situated          *Plaintiff*

vs

Orfino's Restaurant Inc. and Michael Orfino individually and Linda Orfino

*Defendant*

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK, COUNTY OF WESTCHESTER, SS.:
<u>Naeem Price</u>          ,being sworn says:
Deponent is not a party herein is over the age of 18 years and resides in the State of New York.
On <u>October 7, 2017</u>, at <u>3:37 PM</u> at <u>1120 Pleasantville Road, Briarcliff Manor , NY 10510</u>, Deponent served the within **Summons in a Civil Action and Complaint**

The index number and the filing date of the action were endorsed upon the face of the papers so served herein.
On: <u>Linda Orfino</u> , <u>Defendant</u> therein named, ( hereinafter referred to as "subject").

☐ **#1 INDIVIDUAL**
By delivering a true copy of each to said subject personally; Deponent knew the person so served to be the person described in as said subject therein.

☐ **#2 ENTITY/CORPORATION/LLC/LLP**
By delivering to and leaving with  said individual to be  who specifically stated he/she was authorized to accept service on behalf of the Corporation/Government Agency/Entity.

☒ **#3 SUITABLE AGE PERSON**
By delivering thereat a true copy of each to **GINA RUGAR (Co-Worker)** a person of suitable age and discretion. Said premises is subject's:[X] actual place of business / employment  [] dwelling house (usual place of abode) within the state.

☐ **#4 AFFIXING TO DOOR**
By affixing a true copy of each to the door of said premises which is subjects [ ] actual place of business / employment  [ ] dwelling house (usual place of abode) within the state. Deponent was unable with due diligence to find subject or person of suitable age and discretion thereat having called thereat on

**Address confirmation:**

☒ **#5 MAILING**
On **October 10, 2017** , service was completed by mailing a true copy of above document(s) to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

☒ **#6 DESCRIPTION**
**Sex:** Female     **Color of skin:** White     **Color of hair:** Blonde   **Age:** 51-65
**Height:** 5ft4in-5ft8in     **Weight:** 131-160 Lbs.  **Other Features:**

☐ **#7 WITNESS FEES**
The authorized witness fee and / or traveling expenses were paid (tendered) to the recipient in the amount of $

☒ **#8 MILITARY SERVICE**
Deponent asked person spoken to whether the person to be served is currently active in the military service of the United States or of the State of New York, and was informed that said person is not.

☐ **#9 OTHER**

Sworn to before me on October 10, 2017

Ellen Eakley
NOTARY PUBLIC STATE OF New York
No. 01EA5085889; Qualified in Westchester County
Commission Expires September 29th 2017

**Client's File No.:** VENITES

Process Server, Please Sign
Naeem Price
Lic#
Job #: 1727344

*INTER COUNTY JUDICIAL SERVICES, LLC, 85 WILLIS AVENUE STE. F, MINEOLA, NY 11501 LICENSE # 1371771*