ABSTRACT OF JUDGMENT

Re: GERSON E. VENITES v. ORFINO'S RESTAURANT, INC., et al

Case Number: 17-CV-07330

| Name(s) and Address(es) of Parties against whom Judgment(s) have been obtained | Name(s) and Address(es) of Parties in whose favor Judgment(s) have been obtained |
|---|---|
| Orfino's Restaurant, Inc.<br>1120 Pleasantville Road<br>Briarcliff Manor, NY 10501<br><br>Michael Orfino<br>78 N. Smith Road<br>Lagrangeville, NY 12540-5302<br><br>Linda Orfino<br>1386 Quarry Drive<br>Mohegan Lake, NY 10547 | Gerson E. Venites<br>4 Lincoln Place<br>Ossining, NY 10562 |

| Amount of Judgment(s) | Name(s) and Address(es) of Attorney(s) | Entry Date of Judgment(s) |
|---|---|---|
| $59,583.65 | Bruce R. Bekritsky<br>1551 Kellum Place<br>Mineola, NY 11501-4834 | 9/13/2019 |

UNITED STATES OF AMERICA,
CLERK'S OFFICE U.S. DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

I CERTIFY that the foregoing is a correct Abstract of the Judgment

Dated: New York                    , New York

RUBY J. KRAJICK, Clerk of Court

_____
By,  Deputy Clerk